[958 NE2d 548, 934 NYS2d 370]

In the Matter of LAFAYETTE D. YOUNG, JR.

Decided November 17, 2011

### APPEARANCES OF COUNSEL

*Lafayette D. Young, Jr.*, appellant pro se.

*Robert H. Tembeckjian*, New York City, for New York State Commission on Judicial Conduct.

### OPINION OF THE COURT

On the Court's own motion, it is determined that Honorable Lafayette D. Young, Jr. is suspended, with pay, effective immediately, from the office of Justice of the Macomb Town Court, St. Lawrence County, pending disposition of his request for review of a determination by the State Commission on Judicial Conduct.

Concur: Chief Judge LIPPMAN and Judges CIPARICK, GRAFFEO, READ, SMITH, PIGOTT and JONES.